**FILED**
June 22, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORIO ONTIVEROS VERDUGO,<br><br>Defendant. | Case No. 2:23-mj-00092-CKD-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GREGORIO ONTIVEROS VERDUGO</u> Case No. <u>2:23-mj-00092-CKD-2</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $ _____  $200,000.00 unsecured bond by defendant's wife, Patricia Ontiveros, in the interim

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__x__ (Other): <u>Terms as stated in court and release forthwith today, 6/22/2023, Defendant must report directly to the Pretrial Services office on 6/23/2023 at 10:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u>

Issued at Sacramento, California at 2:30 PM.

Dated: June 22, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE